UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                    )
                                          )    BANKRUPTCY #08-31627
HANG NAM YOU and                          )    CHAPTER 7
KI SUN YOU                                )
            Debtor,                       )
_____)

**REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
AND MOTION FOR DISCHARGE OF TRUSTEE**

The undersigned Trustee of the above-referenced estate, having filed the Trustee's Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by the Trustee have been cashed by the bank upon which drawn.

THE TRUSTEE FURTHER reports that all cancelled checks and bank statements of the bank accounts used in the administration of this estate have been submitted to the Office of the Bankruptcy Administrator and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

WHEREFORE, the Trustee prays that the Trustee be discharged of the trust and that the bond be cancelled.

DATED: May 12, 2010                       _____
                                          Richard M. Mitchell, Bar No. 3034
                                          Attorney for Trustee
                                          1001 Morehead Square Dr., Ste. 330
                                          Charlotte, NC 28203
                                          (704) 333-0630